UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUTHER WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA PACIFIC MEDICAL CENTER EMPLOYEE WELFARE & FRINGE BENEFITS PLAN and METROPOLITAN LIFE INSURANCE COMPANY.<br><br>Defendants. | Case No..: 2:13-cv-02026-JAM-DAD<br><br>Action Filed:   09/27/2013<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>[Lodged Concurrently With:<br> - [Stipulation for Dismissal] |

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: 6/3/2014           /S/ JOHN A. MENDEZ
                          THE HONORABLE JOHN A. MENDEZ
                          United States District Court Judge